# EXHIBIT A

MLR SOLUTIONS

June 5, 2020

ALTEON - EMA_25_Bon Secours Mary Immacul
20010 CENTURY BLVD, SUITE 200
GERMANTOWN, MD 20874

NICOLE LIPSCOMB
[redacted]

Re: Past Due Balance
Account #: [redacted]
**Current Balance:** $996.00

Please be advised our client ALTEON - EMA_25_Bon Secours Mary Immacul asked us to contact you regarding your above referenced outstanding balance. They believe this may have been an oversight and not a disregard of an apparent obligation.

To avoid further collection efforts, please send payment in full of $996.00 or contact our office 1-888-293-3040 to make a payment arrangement. Calls maybe recorded for quality and control purposes.

MLR Solutions Inc.
PO Box 60536
King of Prussia PA 19406-0536

***If you would like to pay by phone, please call 1-855-526-5246. (Toll Free)***
***Si desea realizar el pago por telefono, por favor, avisenos en 1-855-526-5246. (Toll Free)***
***If you would like to pay online please go to www.paymlr.com***
***Si desea realizar el pago en linea por favor vaya a www.paymlr.com***

*Please reference our account number* [redacted] on all correspondence.

*This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector. Unless you notify this office in writing within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume that this debt is valid. If you notify this office in writing within (30)days of receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you contact this office within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.*

***** Please detach the lower portion and return with your payment ***** 2021-GCMAIN10-A007010-12/30/16

Y25AA19F82
PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

Re: Past Due Balance
Account #: [redacted]
**Current Balance:** $996.00

June 5, 2020

0008120024015449361823692408778-1YA1-Y25AA19F82 2021
NICOLE LIPSCOMB
[redacted]

MLR Solutions Inc.
PO Box 60536
King of Prussia PA 19406-0536